1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:   (510) 637-3724
      E-Mail:      James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )     No. CR-08-00784 SBA
                                       )
14          Plaintiff,                 )     PETITION FOR AND WRIT OF HABEAS
                                       )     CORPUS AD PROSEQUENDUM
15     v.                              )
                                       )
16  JUAN LUIS CARRASCO,                )
                                       )
17          Defendant.                 )
                                       )
18                                     )
                                       )
19  _____)

20          TO:     The Honorable Bernard Zimmerman, United States Magistrate Judge of the

21              United States District Court for the Northern District of California:

22          Assistant United States Attorney James C. Mann respectfully requests that this Court

23  issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, JUAN LUIS

24  CARRASCO (PFN No. BEN985), whose place of custody and jailor are set forth in the

25  requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled

26  ////

27  ////

28  ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-00784 SBA

1   matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

2

3   Dated: November 13, 2008                    Respectfully submitted,

4                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
5

6                                               _____/s/_____

7                                               JAMES C. MANN
                                                Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-00784 SBA

1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

OAKLAND DIVISION

11

UNITED STATES OF AMERICA,                     )          No. CR-08-00784 SBA
                                                              )
12              Plaintiff,                                 )
                                                              )          ORDER GRANTING PETITION FOR
13        v.                                               )          AND WRIT OF HABEAS CORPUS AD
                                                              )          PROSEQUENDUM
14   JUAN LUIS CARRASCO,                             )
                                                              )
15              Defendant.                               )
                                                              )
16   _____ )

17

18        Upon motion of the United States of America, and good cause appearing therefore,

19        IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

20   Habeas Corpus Ad Prosequendum requiring the production of defendant JUAN LUIS

21   CARRASCO (PFN No. BEN985), before the Hon. Wayne D. Brazil, United States Magistrate

22   Judge, at 10:00 a.m. on Friday, December 5, 2008 or as soon thereafter as may be practicable, is

23   granted, and the Writ shall be issued as presented.

24

25   DATED: November 13, 2008

26                                                   HON. BERNARD ZIMMERMAN
                                                     United States Magistrate Judge
27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-00784 SBA