JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0784 SBA |
|     Plaintiff, ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 17, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| JUAN LUIS CARRASCO, ) | Date:     February 24, 2009 |
|     Defendant. ) | Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

      The above-captioned matter is set on February 24, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to March 17, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and March 17, 2009

      The government has produced discovery and defense counsel has recently reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department. The government needs additional time to collect and produce additional potential discovery. Defendant needs additional time to review the discovery that has been produced and that will be produced, and to investigate this matter.

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 17, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

1  The parties agree the ends of justice served by granting the continuance outweigh the best
2  interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and
3  request that the Court exclude time between the date of this stipulation and March 17, 2009
4  under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §
5  3161(h)(8)(B)(iv).

7  DATED: February 20, 2009

|  /s/ | /s/ |
|---|---|
| JAMES C. MANN | EDWARD A. SMOCK |
| Assistant United States Attorney | Counsel for Juan Luis Carrasco |
| Counsel for United States | |

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 17, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0784 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 17, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| JUAN LUIS CARRASCO, ) | | |
| Defendant. ) | Date: February 24, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from February 24, 2009 to March 17, 2009, and that time be excluded under the Speedy Trial Act between February 20, 2009 and March 17, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The government has produced discovery and defense counsel has recently reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department.  The government needs additional time to collect and produce additional potential discovery. Defendant needs additional time to review the discovery that has been produced and that will be produced, and to investigate this matter.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  For

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 17, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

1  these stated reasons, the Court finds that the ends of justice served by granting the continuance
2  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
3  therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(B)(iv),
4  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  February 24, 2009 to March 17, 2009 at 9:00 a.m., and that time between February 20, 2009 and
6  March 17, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of
7  counsel, taking into account the exercise of due diligence.

9  DATED: 2/23/09                                          _____
                                                            HON. SAUNDRA BROWN ARMSTRONG
10                                                          United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 17, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA