JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN LUIS CARRASCO,<br><br>    Defendant. | No. CR-08-0784 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 7, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: March 17, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

    The above-captioned matter is set on March 17, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to April 7, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and April 7, 2009.

    The government has produced discovery and defense counsel has recently reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. Specifically, although the indictment only charges one violation of Title 18, United States Code, Section 922(g), the

1  government has informed defense counsel of its intent to pursue additional charges.  Defense
2  counsel needs additional time to analyze discovery related to those potential additional charges
3  and to investigate those potential charges further.  The parties agree the ends of justice served by
4  granting the continuance outweigh the best interests of the public and defendant in a speedy trial.
5  Therefore, the parties further stipulate and request that the Court exclude time between the date
6  of this stipulation and April 7, 2009 under the Speedy Trial Act for effective preparation of
7  counsel and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

9  DATED: March 12, 2009

12  _____/s/_____           _____/s/_____
    JAMES C. MANN                             EDWARD A. SMOCK
    Assistant United States Attorney          Counsel for Juan Luis Carrasco
13  Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUAN LUIS CARRASCO,<br><br>  Defendant. | No. CR-08-0784 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 7, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 17, 2009<br>Time:   9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from March 17, 2009 to April 7, 2009, and that time be excluded under the Speedy Trial Act between March 12, 2009 and April 7, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced discovery and defense counsel has recently reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. Specifically, although the indictment only charges one violation of Title 18, United States Code, Section 922(g), the government has informed defense counsel of its intent to pursue additional charges. Defense counsel needs additional time to analyze discovery related to those potential

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

1  additional charges and to investigate those potential charges further.  The parties agree the ends
2  of justice served by granting the continuance outweigh the best interests of the public and
3  defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice
4  served by granting the continuance outweigh the best interests of the public and defendant in a
5  speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  March 17, 2009 to April 7, 2009 at 9:00 a.m., and that time between March 12, 2009 and April 7,
8  2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
9  taking into account the exercise of due diligence.

11  DATED: 3/13/09

    _____
    HON. SAUNDRA BROWN ARMSTRONG
12  United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA