1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0784 SBA |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO APRIL 28, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| JUAN LUIS CARRASCO, | ) ) | TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date: April 7, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

    The parties jointly requested that the hearing in this matter be continued from April 7, 2009 to April 28, 2009, and that time be excluded under the Speedy Trial Act between April 3, 2009 and April 28, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The government has produced discovery and defense counsel has reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department.  Defendant needs additional time to review the discovery that has been produced and to investigate this matter.  Specifically, although the indictment only charges one violation of Title 18, United States Code, Section 922(g), the government has informed defense counsel of its intent to pursue additional charges. Defense counsel needs additional time to analyze discovery related to those potential additional

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 28, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

1  charges and to investigate those potential charges further.  The parties agree the ends of justice
2  served by granting the continuance outweigh the best interests of the public and defendant in a
3  speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting
4  the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
5  cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(7)(A)(iv),

6     **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  April 7, 2009 to April 28, 2009 at 9:00 a.m., and that time between April 3, 2009 and April 28,
8  2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
9  taking into account the exercise of due diligence.

11  DATED:_4/6/09_____             _____*Saundra B Armstrong*_____
12                                              HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 28, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA