UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN LUIS CARRASCO,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-08-0784 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 2, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   April 28, 2009<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from April 28, 2009 to June 2, 2009, and that time be excluded under the Speedy Trial Act between April 27, 2009 and June 2, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and defense counsel has reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department. Defendant has requested that the government provide access to additional electronic and digital discovery, including a laptop, iPod, and digital camera. This evidence is in the custody of the Oakland Police Department and the government needs additional time to provide defendant access to the same. Additionally, defendant needs additional time to review the discovery that

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 2, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

has been produced and the evidence that will be made available, and to investigate this matter. Furthermore, defense counsel will be unavailable during the latter portion of May 2009. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from April 28, 2009 to June 2, 2009 at 9:00 a.m., and that time between April 27, 2009 and June 2, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:4/27/09

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 2, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA