1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0784 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 30, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| JUAN LUIS CARRASCO, ) | | |
| Defendant. ) | Date: June 2, 2009<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

The parties jointly requested that the hearing in this matter be continued from June 2, 2009 to June 16, 2009, and that time be excluded under the Speedy Trial Act between June 1, 2009 and June 16, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced discovery and defense counsel has reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department.  Per defendant's request, on May 11, 2009, the government also provided access to additional electronic and digital discovery, including an iPod and several cameras.  Defendant needs additional time to review the discovery that has been produced and to investigate this matter.  Furthermore, defense counsel was unavailable during the latter portion of May 2009.  The parties

STIP. REQ. TO CONTINUE HEARING DATE TO JUNE 16, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

1  agree the ends of justice served by granting the continuance outweigh the best interests of the
2  public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of
3  justice served by granting the continuance outweigh the best interests of the public and defendant
4  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
5  and (B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from June
7  2, 2009 to June 16, 2009 at 9:00 a.m., and that time between June 1, 2009 and June 16, 2009 is
8  excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
9  account the exercise of due diligence, and continuity of defense counsel.

11  DATED: 6/1/09                                                    _____
                                                                                  HON. SAUNDRA BROWN ARMSTRONG
12                                                                               United States District Judge