JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0784 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO JULY 7, 2009 AND |
| v. ) | TO EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| JUAN LUIS CARRASCO, ) | |
| ) | Date: June 16, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Court: Hon. Saundra Brown Armstrong |
| ) | |

     The above-captioned matter is set on June 16, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to July 7, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and July 7, 2009.

     The government has produced discovery and defense counsel has reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department. Per defendant's request, on May 11, 2009, the government also provided access to additional electronic and digital discovery, including an iPod and several cameras. Defendant needs additional time to review the discovery that has been produced and to

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

investigate this matter. Defense counsel was unavailable during much of last week and is
scheduled to begin a jury trial on June 22, 2009 (CR-08-0716 SI). The parties are discussing a
possible resolution, and defendant needs time to consider a proposed disposition. The parties
agree the ends of justice served by granting the continuance outweigh the best interests of the
public and defendant in a speedy trial. Therefore, the parties further stipulate and request that
the Court exclude time between the date of this stipulation and July 7, 2009 under the Speedy
Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18
U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: June 17, 2009


    /s/
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

    /s/
EDWARD A. SMOCK
Counsel for Juan Luis Carrasco

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0784 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 7, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| JUAN LUIS CARRASCO, ) | | |
| Defendant. ) | Date: | June 16, 2009 |
| ) | Time: | 9:00 a.m. |
| ) | Court: | Hon. Saundra Brown Armstrong |
| ) | | |

The parties jointly requested that the hearing in this matter be continued from June 16, 2009 to July 7, 2009, and that time be excluded under the Speedy Trial Act between June 16, 2009 and July 7, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.  The government has produced discovery and defense counsel has reviewed substantial physical evidence in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the Oakland Police Department.  Per defendant's request, on May 11, 2009, the government also provided access to additional electronic and digital discovery, including an iPod and several cameras.  Defendant needs additional time to review the discovery that has been produced and to investigate this matter. Defense counsel was unavailable during much of last week and is scheduled to begin a jury trial

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA

1    on June 22, 2009 (CR-08-0716 SI).  The parties are discussing a possible resolution and the
2    defendant needs time to consider a proposed disposition.  For these stated reasons, the Court
3    finds that the ends of justice served by granting the continuance outweigh the best interests of the
4    public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C.
5    §§ 3161(h)(7)(A) and (B)(iv),

6    **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from June
7    16, 2009 to July 7, 2009 at 9:00 a.m., and that time between June 16, 2009 and July 7, 2009 is
8    excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into
9    account the exercise of due diligence, and continuity of defense counsel.

11   DATED:6/15/09                                   _____
12                                                   HON. SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 7, 2009 AND TO EXCLUDE TIME
No. CR-08-0784 SBA